## CITY OF MIAMI v. CAROLYN WOLFE.

158 So. 91.

Division B.

Opinion Filed December 6, 1934.

Petition for Rehearing Denied December 27, 1934.

*J. W. Watson, Jr., Mitchell D. Price & Charles W. Zaring* and *Jack R. Kirchik,* for Plaintiff in Error;

*Ruff & Ready* and *Hendricks & Hendricks,* for Defendant in Error.

PER CURIAM.—This is a companion case to the case of City of Miami, a Municipal Corporation, v. Frances Bopp, in which case opinion and judgment was filed this day.

For the reasons stated therein, the order granting new trial in the court below in this case should now be affirmed and it is so ordered.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.

DAVIS, C. J., and ELLIS and TERRELL, J. J., concur in the opinion and judgment.